UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY P. BEAMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>        Defendant. | Case No. 21-cv-00314-VC<br><br>**ORDER OF DISMISSAL** |

    The Court has been advised by the Notices of Settlement as to each defendant, filed on March 15, 2021, March 19, 2021, and April 14, 2021, that the parties have resolved this case. (Re: Dkt. Nos. 28, 29, and 34).  Therefore, it is ORDERED that this case is DISMISSED without prejudice.  All deadlines and hearings in the case are vacated.  Any pending motions are moot.

    The parties retain the right to reopen this action within 60 days of this Order if the settlement is not consummated.  If a request to reinstate the case is not filed and served on opposing counsel within 60 days, the dismissal will be with prejudice.

    **IT IS SO ORDERED.**

Dated: April 14, 2021

_____
VINCE CHHABRIA
United States District Judge